IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DAVID A. LOVE,

    Petitioner,

v.                                              4:22cv231–WS/MJF

SECRETARY, DEPARTMENT OF
CORRECTIONS,

    Respondent.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

    Before the court is the magistrate judge's report and recommendation (ECF No. 10) docketed July 21, 2020. The magistrate judge recommends that Defendant's motion to dismiss (ECF No. 7) Petitioner's petition for writ of habeas corpus (ECF No. 1) be granted. Petitioner has filed no objections to the report and recommendation.

    Having reviewed the record, this court has determined that the magistrate judge's report and recommendation should be adopted. Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 10) is hereby ADOPTED and incorporated by reference into this order.

2. Defendant's motion (ECF No. 7) to dismiss Petitioner's petition for writ of habeas corpus is GRANTED.

3. Petitioner's petition for writ of habeas corpus (ECF No. 1), challenging Petitioner's VOP judgment and sentence in *State of Florida v. David Allen Love,* Madison County Circuit Court Case No. 2017–CV–195, is DENIED.

4. The clerk shall enter judgment stating: "Petitioner's petition for writ of habeas corpus is denied."

5. A certificate of appealability is DENIED.

6. Leave to appeal in forma pauperis is DENIED.

DONE AND ORDERED this __10th__ day of __November__, 2022.

                                          s/ William Stafford
                                          WILLIAM STAFFORD
                                          SENIOR UNITED STATES DISTRICT JUDGE